DOE I, et al., On Behalf of Themselves and All Others Similarly Situated, Plaintiff–Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, Respondent,

The Gap, Inc., et al., Real Party in Interest.

No. 00–71068.

D.C. No. CV–99–00717–DAE.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 14, 2001.

Decided March 22, 2001.

Before SNEED, FERNANDEZ, KLEINFELD, Circuit Judges.

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Doe I, et al., on behalf of themselves and others, petition for a writ of mandamus vacating the order of the United States District for the District of Hawaii, which transferred the case to the United States District Court for the Northern Mariana Islands. Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court,* 557 F.2d 650,

---

**1.** We vacate submission of Frye's *Apprendi* claims in an order filed concurrently with this disposition.

654–55 (9th Cir.1977). Therefore, the petition is denied.

Petition DENIED.